# United States District Court

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

AUG 27 1996

Michael N. Milby, Clerk

ARMANDO DE LEON, ET AL.

V.

MARIO TREVINO

**NOTICE**

CASE NUMBER: CA B-94-284

| TYPE OF CASE: | [X] CIVIL | [ ] CRIMINAL |
|---|---|---|

[X] TAKE NOTICE That a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE<br>500 E. 10TH STREET<br>BROWNSVILLE, TEXAS | SECOND FLOOR COURTROOM, #2 |
| | **DATE AND TIME** SEPTEMBER 5, 1996 AT 10:30 A.M.<br>BEFORE MAGISTRATE JUDGE JOHN WM. BLACK |

**TYPE OF PROCEEDING**

STATUS CONFERENCE

[ ] TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

U.S. MAGISTRATE ~~XXXXXXXXXXXXX~~ JOHN WM. BLACK

AUGUST 27, 1996
DATE

(BY DEPUTY CLERK)

To: MR. RODOLFO D. SANCHEZ
    MR. MARIO TREVINO